IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR GONZALEZ,

    Petitioner,                           No. CIV S-10-3112 WBS DAD P

    vs.

BOARD OF PAROLE HEARINGS, et al.,

    Respondents.                      ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 9, 2011, respondents filed a motion to dismiss the habeas petition pending before this court.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days, petitioner shall show cause why respondents' February 9, 2011 motion to dismiss should not be granted.

/////

/////

/////

1

1  Petitioner's failure to respond to this order may result in the imposition of sanctions, including
2  the dismissal of this habeas action.
3  DATED: May 16, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gonz3112.osc